IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>KRISTIAN A. REINHOLD,<br><br>      Defendant. | No. 6:24-PO-00428-HBK<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on August 4, 2025 to 4 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released August 4, 2025.  A certified Judgment and Commitment order to follow.

Date: 8/4/2025                              _____

                                                          U.S Magistrate Judge